```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 05709
   LATAZ SMITH
                                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-4590


----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/11/08 .

    2.  The case was dismissed without confirmation, 05/16/2008.

----------------------------------------------------------------------
CREDITOR NAME                CLASS        CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
----------------------------------------------------------------------

        Summary of disbursements:
----------------------------------------------------------------------
                  SECURED    PRIORITY   UNSECURED      OTHER         TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00       .00         .00         .00           .00
PRINCIPAL PAID         .00       .00         .00         .00           .00
INTEREST PAID          .00       .00         .00         .00           .00
TOTAL PAID             .00       .00         .00         .00           .00
The Debtor's attorney, PRO SE DEBTOR                , was allowed $     .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .




    Dated: 08/20/08                /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
    CASE NO. 08 B 05709 LATAZ SMITH
```